# **Exhibit A**

List of Internet Search Results for Acacia Rigidula, Dr. Cohen, BMPEA from Google, AOL, Yahoo, Bing Search Engines Dated: April 11, 2015

1. http://well.blogs.nytimes.com/2015/04/07/study-warns-of-diet-supplementdangers-kept-quiet-by-f-d-a/?_r=0
2. http://www.naturalproductsinsider.com/blogs/supplementlaw/2015/04/amphetamine-like-substance-found-in-weight-loss-sportssupplements.aspx
3. http://geekinfinite.com/news/2015/04/acacia-rigidula-supplements-containsbmpea-2-years-after-fda-discovery/
4. http://www.alternet.org/personal-health/inside-33-billion-supplement-racket
5. http://www.latinoshealth.com/articles/5359/20150408/dietary-supplementsdiet-pills-contain-amphetamine-substance-list-products-here.htm
6. http://www.classactioncentral.com/vitamin-shoppe-pulls-supplements-containamphetamine-like-stimulants/
7. http://www.crnusa.org/CRNPR15-AsksFDAtoEnforcetheLaw040715.html
8. http://www.newsinferno.com/fda-slow-to-warn-about-dietary-supplementdangers/
9. http://www.schmidtlaw.com/amphetamine-like-ingredient-bmpea-found-in-11-supplements/
10. http://www.dailyrxnews.com/weight-loss-supplements-contained-acaciarigidula-potentially-dangerous-stimulant-also-known-beta
11. http://www.nutritionaloutlook.com/150408/adulteration
12. http://www.thetimesgazette.com/fda-keeps-quiet-on-dangers-of-dietsupplements-that-contain-chemicals-like-amphetamine/2023/
13. http://www.newsledge.com/dietary-supplements-amphetamine-likecompound-found-14691
14. http://www.medicalnewstoday.com/articles/292100.php
15. http://www.nutraceuticalsworld.com/contents/view_breaking-news/2015-04-08/amphetamine--like-ingredient-discovered-in-supplements/
16. http://ourmissingnews.com/tag/bmpea/\
17. http://www.theclarkfirmtexas.com/study-finds-amphetamine-like-ingredient-11-supplements
18. http://www.thedailymeal.com/news/eat/lack-action-fda-supplementscontaining-bmpea-chemical-nearly-identical-amphetamine/401815
19. http://harringtonfamilychiropractic.com/blog/
20. http://freeinternetpress.com
21. http://sputniknews.com/art_living/20150408/1020638469.html

22. http://www.nutraingredients-usa.com/Research/Dr-Pieter-Cohen-The-NY-AG-stest-results-do-not-ring-true "Dr. Cohen has been labled a critic and even an
enemy of the industry following very vocal criticisms in the past, particulararly
during the DMAA saga, …"
23. http://www.thepicayuneleader.com/business/food-and-drug-administrationstayed-silent-on-hazardous-diet-plan-products-report-h1681.html
24. http://pjtec.info/fda-accused-of-slacking-on-dietary-supplement-dangers/
25. http://www.reuters.com/article/2015/04/07/us-health-dietarysupplementsstimulant-idUSKBN0MY17T20150407
26. http://abcnews.go.com/Health/vitamin-shoppe-pulls-products-speed-drugfound-dietary/story?id=30156783
27. http://www.webmd.com/vitamins-and-supplements/news/20150407/bmpeaacacia-rigidula-supplments
28. http://www.rollingstone.com/culture/news/f-d-a-still-wont-ban-weight-losspills-containing-speed-like-chemicals-20150408
29. http://www.cbsnews.com/news/new-study-warns-against-dietary-supplementscontaining-bmpea-calls-fda-action/
30. http://www.cbsnews.com/news/amphetamine-type-supplement-pulled-offshelves/
31. http://www.forbes.com/sites/davidkroll/2015/04/11/fda-accused-of-slackingon-dietary-supplement-dangers/ (reference o'connor article)
32. http://www.thedailybeast.com/articles/2015/04/08/amphetamines-hiding-inyour-supplements.html
33. http://health.usnews.com/health-news/articles/2015/04/07/health-highlightsapril-7-2015
34. http://www.prnewswire.com/news-releases/harwood-feffer-llp-announcesinvestigation-of-dietary-supplements-containing-bmpea-300063548.html
35. http://www.mycentraloregon.com/2015/04/08/study-untested-ingredient-stillin-some-dietary-supplements/
36. http://www.livescience.com/41336-weight-loss-supplements-acaciarigidula.html
37. http://www.psychomedia.qc.ca/sante/2015-04-10/complements-maigriramphetamine-illegale
38. http://www.pulzo.com/mundo/321361-11-suplementos-alimenticios-y-paraperdida-de-peso-peligrosos-que-se-venden-en-colombia
39. http://www.livescience.com/50396-supplements-acacia-rigidulaamphetamine.html
40. http://dailysciencejournal.com/fda-finds-bmpea-in-11-brands-of-acaciarigidula/22188/
http://www.consumerreports.org/cro/news/2015/04/beware-of-weight-losssupplements-spiked-with-speedlike-drug/index.htm
42. http://www.examiner.com/article/beware-of-dietary-supplements-containingacacia-rigidula

43. http://www.mensjournal.com/health-fitness/nutrition/11-tainted-supplementsyou-should-avoid-20150408
44. http://www.washingtonpost.com/news/morning-mix/wp/2015/04/08/studywarns-about-dangers-of-diet-pills-known-but-not-reported-by-the-fda/
45. http://www.latimes.com/business/la-fi-amphetamine-supplements-study-20150407-story.html
46. http://www.consumeraffairs.com/news/study-questions-safety-of-somenutritional-supplements-040915.html
47. http://www.theamericanregister.com/beware-dietary-supplements-with-acaciarigidula-are-still-out-there/10691/
48. http://www.youthhealthmag.com/articles/13561/20150409/acacia-rigiduladietary-supplement.htm
49. http://commonhealth.wbur.org/2015/04/dangerous-diet-supplements
50. http://www.usatoday.com/story/news/2015/04/07/weight-loss-supplementsamphetamines-sports/25380525/
51. http://thinkprogress.org/health/2015/04/08/3644374/diet-supplementsuntested/
52. http://www.microcapobserver.com/speed-like-drug-in-dietary-supplementsvitamin-shoppe-pulls-out-products-with-tree-rigidula/237395/
53. http://en.yibada.com/articles/25208/20150407/dietary-supplements-found-tohave-an-untested-stimulant.htm
54. http://www.webmd.com/food-recipes/food-poisoning/20150409/sabrahummus-recall
55. http://diabetesinsider.com/dangerous-stimulant-found-in-many-herbalsupplements/38844
56. http://foodpoisoningbulletin.com/2015/bmpea-ingredient-in-dietarysupplements-never-studied/
57. http://www.philly.com/philly/health/topics/HealthDay698273_20150409_Health_Highlights__April_9__2015.html
58. http://money.cnn.com/news/newsfeeds/articles/prnewswire/NY75618.htm
59. http://time.com/3814050/supplements-amphetamine-effects/
60. http://www.newsday.com/news/health/study-finds-amphetamine-likesubstance-in-dietary-supplements-1.10221868
61. http://abcnews.go.com/Health/video/diet-supplements-warning-study-30157307
62. http://www.vox.com/2015/4/8/8366619/dietary-supplement-regulation
63. http://www.scientificamerican.com/article/some-supplements-still-containuntested-stimulant/
64. http://in.reuters.com/article/2015/04/07/health-dietarysupplements-stimulantidINL2N0X400U20150407
65. http://www.foxnews.com/health/2015/04/07/some-supplements-on-marketcontain-untested-stimulant/

66. http://www.chem.info/news/2015/04/big-retailers-pull-sales-weight-losssupplements-dangerous-chemical
67. http://www.theamericanregister.com/bmpea-scandal-intensifies-dietarysupplements-with-bmpea-removed-from-shelves/11153/
68. http://www.modernreaders.com/dietary-supplements-ripped-from-shelves-asbmpea-scandal-intensifies/23167/ed-jones
69. http://www.sciencetimes.com/articles/5563/20150409/untested-stimulantfound-many-dietary-supplements.htm
70. http://www.immortal.org/7053/weight-loss-supplements-dangeroussubstances/
71. http://en.yibada.com/articles/25695/20150409/diet-supplements-containingamphetamine-have-serious-health-risks-fda-regulation-study.htm
72. http://www.science20.com/pfired_but_still_kicking/what_the_hell_is_gnc_selling_now-154680
73. http://www.everydayhealth.com/columns/daily-checkup/fda-failed-warnconsumers-about-dangerous-substance-weight-loss-pills/
74. http://www.mnn.com/health/fitness-well-being/blogs/several-dietarysupplements-found-to-contain-amphetamine-like
75. http://www.allgov.com/news/top-stories/is-revolving-door-between-fda-andsupplements-industry-keeping-dangerous-dietary-aids-on-the-market-150409?news=856190 (doesn't cite study or Cohen specifically but discusses issue "BMPEA nearly identical to amphetamine" without siting study
76. http://apexbeats.com/recent/1144-04/study-finds-popular-dietarysupplements-contain-deadly-compound/
77. http://www.apextribune.com/dietary-supplements-toxic-danger-forhealth/23413/
78. https://www.helpmeoutdoc.com/news/nutrition-food/dangerous-stimulantpresent-in-dietary-supplements-6735.html
79. http://www.dailytimesgazette.com/substance-found-in-dietary-supplementproducts-still-unproven-and-not-yet-safe/3925/
80. http://www.businesswire.com/news/home/20150408006439/en/CORRECTINGREPLACING-Keller-Rohrback-L.L.P.-Announces-Investigation#.VSlyWlxYXdk
81. http://www.610kvnu.com/health/9cc9690833f72896e71c86be856a5f2d
82. http://6abc.com/health/study-accuses-fda-of-silence-on-dangeroussupplements/642287/
83. http://thewestsidestory.net/2015/04/08/38719/study-finds-dangerousamphetamine-like-compound-in-dietary-and-weight-loss-supplements/
84. http://www.newser.com/story/205140/diet-supplements-have-amphetaminelike-chemical.html
85. http://www.streetinsider.com/Corporate+News/Vitamin+Shoppe+(VSI)+Will+Remove+All+Products+that+May+Contain+BMPEA/10442788.html
86. http://www.goodhousekeeping.com/health/dietnutrition/news/a32037/supplement-dangers-hidden-by-fda/

4

87. http://geekinfinite.com/news/2015/04/amphetamine-like-substance-in-dietarysupplements-study-reveals/
88. http://www.ibtimes.com/which-diet-supplements-are-dangerous-list-commonweight-loss-workout-products-contain-1874442
89. http://www.stockhouse.com/news/press-releases/2015/04/08/keller-rohrbackl-l-p-announces-investigation-regarding-weight-loss-and-workout
90. http://www.care2.com/causes/fat-loss-supplements-may-contain-a-dangerousamphetamine-like-substance.html
91. http://www.delhidailynews.com/news/Amphetamine-like-stimulant-still-indietary-supplements-2-years-after-FDA-discovery-1428511547/
92. http://www.themonitordaily.com/new-study-warns-against-the-dangers-ofweight-loss-supplements/21462/
93. http://www.piercepioneer.com/experts-concerned-about-untested-stimulantin-dietary-supplements/39809
94. http://www.emaxhealth.com/8782/hidden-amphetamine-ingredient-foundweight-loss-pills
95. http://newsmaine.net/22976-diet-drugs-and-sports-supplements-mightcontain-harmful-substance
96. http://www.techtimes.com/articles/44877/20150408/taking-weight-losssupplements-expert-warns-of-designer-stimulant.htm
97. http://stgist.com/2015/04/some-dietary-supplements-contain-amphetamineisomer-research-claims-2810
98. http://www.thestandarddaily.com/weight-loss-and-dietary-supplements-foundto-contain-fda-unapproved-stimulants/1382/
99. http://www.themarketbusiness.com/2015-04-08-untested-stimulant-found-indietary-supplements
100. http://www.thesilverink.com/untested-stimulant-found-in-dietarysupplemants/21852/
101. http://www.natureworldreport.com/2015/04/08/shocking-find-speedlike-chemical-found-in-dietary-supplements-you-may-use/
102. http://www.modernreaders.com/dangerous-speed-like-chemicalcompound-found-in-dietary-supplements/23070/ed-jones
103. http://www.kerngoldenempire.com/story/d/story/untested-stimulantstill-in-dietary-supplements/35365/dTjylDnB5EK9AIe3PSLwcA
104. http://diabetesinsider.com/dangerous-amphetamine-like-compoundfound-in-a-dozen-supplements/38798
105. http://geekinfinite.com/news/2015/04/dietary-supplements-found-tohave-untested-stimulant/
106. http://www.wallstreetotc.com/fda-overlooked-dietary-supplementscontaining-stimulants-similar-to-amphetamine/217293/

107. http://www.piercepioneer.com/fda-refusing-to-acknowledge-danger-ofmystery-stimulant-in-many-dietary-supplements/39786
108. http://www.theamericanregister.com/amphetamine-like-substancefound-in-dietary-supplements-study-says/10792/
109. http://apexbeats.com/recent/1117-04/90-dietary-supplements-containextremely-harmful-compound/
110. http://www.delhidailynews.com/news/Dietary-supplements-withuntested-stimulant-worry-experts-1428468506/
111. http://natmonitor.com/2015/04/07/study-finds-untested-uncontrolledsubstances-in-diet-pills-and-supplements/
112. http://www.esbtrib.com/2015/04/08/9241/health-alert-fda-is-unawarethat-supplements-allegedly-contain-amphetamine-like-substances-never-testedon-humans/
113. http://diabetesinsider.com/potentially-dangerous-discrepancy-in-healthsupplements-containing-amphetamine-like-compound-study-finds/38792
114. http://www.kctv5.com/story/28744922/health-experts-warn-ofdangerous-new-dietary-supplement
115. http://natmonitor.com/2015/04/07/some-supplements-found-to-haveamphetamine-type-substance/
116. http://blouinnews.com/82475/story/speed-drug-found-weight-losssupplements
117. http://jezebel.com/some-dietary-supplements-found-to-containamphetamine-l-1696205042
118. http://www.hngn.com/articles/83072/20150407/weight-losssupplements-some-popular-drugs-still-contain-amphetamine-likecompound.htm
119. http://www.sciencerecorder.com/news/study-shows-fda-failed-toreport-amphetamine-like-substance-found-in-dietary-supplements/
120. http://www.upi.com/Health_News/2015/04/07/New-study-finds-11-supplements-with-amphetamine-like-ingredient/3241428415530/
121. http://www.pbs.org/newshour/bb/supplement-industry-enoughconsumer-safety/
122. http://www.nbcnews.com/health/health-news/hidden-speed-whatbmpea-why-it-dangerous-n339706
123. http://www.eaglecurrent.com/health/significant-retailer-pullsamphetaminestyle-food-plan-dietary-supplement-h4816.html
124. http://www.thepicayuneleader.com/health/major-retailer-pullsamphetaminetype-diet-regime-health-supplement-h2333.html
125. http://investorplace.com/2015/04/bmpea-supplements-vsi-kr/
126. http://www.manufacturing.net/news/2015/04/big-retailers-pull-sales-ofweight-loss-supplements-with-dangerous-chemical
127. http://www.domainb.com/industry/pharma/20150411_supplements.html

128. http://wivb.com/2015/04/09/new-study-warns-some-weight-loss-pillshave-never-been-tested-on-humans/
129. https://www.centralmaine.com/2015/04/10/our-opinion-thumbs-upthumbs-down-64/
130. http://onlinelibrary.wiley.com/doi/10.1002/dta.1793/abstract
131. http://www.buzzfeed.com/virginiahughes/yet-another-amphetaminelike-drug-found-in-dietary-supplemen#.hwXpkJmjE
132. http://www.prnewswire.com/news-releases/the-vitamin-shopperemoves-products-that-may-contain-bmpea-300063092.html
133. http://www.modernmedicine.com/tag/bmpea
134. http://www.nutraceuticalsworld.com/contents/view_breakingnews/2015-04-10/unpa-makes-no-sale-policy-for-bmpea-a-condition-ofmembership/ (DAMAGES: showing UNPA no sale of products containing BMPEA)
135. http://www.nutraingredients-usa.com/Regulation/UNPA-moves-to-bansale-of-BMPEA-as-uncertainty-swirls-around-Acacia-rigidula-s-status
136. http://www.cnbc.com/id/102565573
137. http://www.abc3340.com/story/28760817/harwood-feffer-llpannounces-investigation-of-dietary-supplements-containing-bmpea
138. http://www.pbs.org/newshour/tag/bmpea/
139. https://twitter.com/nytimeswell/status/585820934491078656
140. https://www.pharmamedtechbi.com/publications/the-tansheet/23/15/bmpea-in-supplements-spells-trouble-to-researchers
141. http://www.msn.com/en-us/news/trending/study-finds-popular-weightloss-workout-supplements-contain-substance-related-to-amphetamines/tt-AAaEMoH?q=bmpea
142. http://vegrecipes4u.com/many-dietary-supplements-contain-bmpea-apotentially-dangerous-substance/
143. http://www.rikuhakanen.com/warning-bmpea-found-in-popularsupplements/
144. http://www.abreakingnews.com/health/hidden-speed-what-is-bmpeaand-why-is-it-dangerous-h410372.html
145. https://www.occupycorporatism.com/home/dangerous-chemicalhidden-in-weight-loss-supplements-discovered/
146. https://www.occupycorporatism.com/home/dangerous-chemicalhidden-in-weight-loss-supplements-discovered/ (sites HTP)
147. http://www.pressreader.com/usa/los-angelestimes/20150408/281994671007472/TextView
148. http://www.advisory.com/daily-briefing/2015/04/10/bmpea-insupplements
149. http://bismannews.rrvnews.com/item/15619_hidden-speed-what-isbmpea-and-why-is-it-dangerous
150. http://www.ergo-log.com/something-fishy-about-acacia-rigidulasupplements.html
151. https://blog.priceplow.com/supplement-news/acacia-rigidula-bmpea

152. www.alternet.org/personal.../inside-33-billion-supplement-racket
153. http://www.crnusa.org/whatsnew/?p=1462
154. http://www.kcet.org/living/food/food-rant/a-worrying-substancehidden-in-nutritional-supplements.html
155. https://www.facebook.com/WebMD/posts/10153229656768482
156. http://www.regaltribune.com/dietary-and-weight-loss-supplements-cancontain-a-stimulant-unapproved-by-fda/2482/
157. http://www.wkjc.com/health-news
158. http://www.radiojamestown.com/news-and-closings/health-headlines
159. http://ourmissingnews.com/tag/bmpea/
160. www.livescience.com/41336-weight-loss...acacia-rigidula.html
161. http://www.foxnews.com/health/2013/11/21/some-weight-losssupplements-contain-amphetamine-like-compound/
162. https://news.yahoo.com/acacia-rigidula-supplements-still-containingstimulant-found-market-131107209--sector.html;_ylt=AwrBT.WuZSlVyPQAV7ZXNyoA;_ylu=X3oDMTBydWNmY2MwB GNvbG8DYmYxBHBvcwM0BHZ0aWQDBHNlYwNzcg--
163. http://www.lifescript.com/health/news/reuters/2015/04/07/acacia_rigidula_supplements_still_containing_stimulant_found_on_market.aspx
164. http://www.pharmacychoice.com/News/article.cfm?Article_ID=1356806
165. http://news.yahoo.com/weight-loss-supplements-contain-amphetaminecompound-220402680.html;_ylt=AwrBT.WuZSlVyPQAX7ZXNyoA;_ylu=X3oDMTByaWg0YW0 5BGNvbG8DYmYxBHBvcwM4BHZ0aWQDBHNlYwNzcg--
166. http://www.drugstorenews.com/article/study-supplements-ingredientacacia-rigidula-contain-amphetamine-isomer
167. http://www.evaluategroup.com/Universal/View.aspx?type=Story&id=567586
168. http://www.lifespaceconnect.com/acacia-rigidula-supplements-stillcontaining-stimulant-found-on-market/
169. http://www.nutrition411.com/news/acacia-rigidula-supplements-stillcontaining-stimulant-found-market
170. http://www.usalifesciences.com/us/news/news_details.php?news_id=71459
171. http://www.healthylivingmagazine.us/Articles/9035/
172. http://www.biomedreports.com/20150409217997/hi-techpharmaceuticals-refutes-harvard-researcher-s-claims-in-full-and-robustresponse-on-acacia-rigidula.html
173. http://www.srnnews.com/acacia-rigidula-supplements-still-containingstimulant-found-on-market/
174. http://www.ktvn.com/story/28761899/hi-tech-pharmaceuticals-refutesharvard-researchers-claims-in-full-and-robust-response-on-acacia-rigidula
175. http://www.fox14tv.com/story/28761899/hi-tech-pharmaceuticalsrefutes-

harvard-researchers-claims-in-full-and-robust-response-on-acaciarigidula
176. http://www.wave3.com/story/28761899/hi-tech-pharmaceuticalsrefutes-harvard-researchers-claims-in-full-and-robust-response-on-acaciarigidula
177. http://www.doctorhelps.com/articles/untested-stimulant-still-in-dietarysupplements-dfecdedaecfheef/
178. http://www.worldheritage.org/articles/Acacia_rigidula%26action=edit
179. http://www.agweek.com/event/article/id/25537/group/Agribusiness/
180. https://middleastpost.com/acacia-rigidula-supplements-still-containingstimulant-found-on-market/
181. http://www.alternet.orgwww.alternet.org/personal-health/inside-33-billion-supplement-racket
182. https://www.fecima.com/healthcare/item/142793-acacia-rigidulasupplements-still-containing-stimulant-found-onmarket?tmpl=component&print=1
183. http://www.ottawaradio.net/pages/21343740.php
184. http://youreasttexas.com/national/health/vitamin-shoppe-pullsproducts-after-speed-like-drug-found-in
185. http://drugpolicycentral.com/bot/article/whtc10693.htm
186. http://app1.scientificamerican.com/article/some-supplements-stillcontain-untested-stimulant/
187. http://www.topnewsnation.com/well-retailers-to-stop-sales-ofcontroversial-supplements/
188. http://news.yahoo.com/acacia-rigidula-supplements-still-containingstimulant-found-market-131107209--sector.html
189. http://www.livescience.com/15591-dangerous-weight-losssupplements.html
190. http://www.huffingtonpost.com/2013/11/21/amphetamine-compoundsupplements-weight-loss-_n_4317022.html
191. http://www.themarketbusiness.com/2015-04-11-vitamin-shoppe-maywithdraw-sale-of-dietary-supplements
192. http://rapidnewsnetwork.com/acacia-rigidula-supplements-stillcontaining-stimulant-found-on-market/10639/
193. http://rock947.com/news/articles/2015/apr/07/acacia-rigidulasupplements-still-containing-stimulant-found-on-market/
194. http://www.wrta.com/pages/21343829.php
195. http://news.lycos.com/life/acacia-rigidula-supplements-still-containingstimulant-found-on-market-0654833aed3c535b17cca4a23ada26a4/
196. http://www.nydailynews.com/life-style/health/amphetamine-likecompounds-found-weight-loss-supplements-article-1.1523646
197. http://www.usatoday.com/story/news/nation/2013/11/18/fdascientists-find-amphetamine-like-compound-in-dietary-supplements/3627963/
198. http://fnatural.net/12556.html

199. http://www.seattletimes.com/nation-world/study-finds-amphetaminelike-substance-in-dietary-supplements/
200. http://newsmaine.net/22998-amphetamine-stimulant-f