UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HI-TECH PHARMACEUTICALS, INC.,

Plaintiff,

v.

PIETER A. COHEN,

Defendant.

Civil Action No. 1:16-cv-10660-WGY

**DECLARATION OF JACK WENIK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

**JACK WENIK** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a member of the law firm Epstein Becker & Green, P.C., located at One Gateway Center, Newark, New Jersey 07102, attorneys for Plaintiff Hi-Tech Pharmaceuticals, Inc.  I make this declaration in support of my application to be admitted *pro hac vice* as counsel to Plaintiff in the above-captioned matter.

2.      My telephone number at Epstein Becker & Green, P.C. is 973-639-5221, my facsimile number is 973-639-8933, and my email address is JWenik@ebglaw.com.

3.      I am domiciled in the State of New Jersey and I practice law in the State of New Jersey.

4.      I am admitted to practice law before the courts of New Jersey, New York, and the District of Columbia, and in the following federal courts: United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, United States District Court for the Northern District of New York, United States District Court for the District of New

Jersey, and the United States District Court for the District of Columbia.  I am a member in good standing of all of the aforementioned Bars.

5.      There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction, and I have never been held in contempt of court, censured, suspended or disbarred.

6.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and will abide by them.

8.      Plaintiff has requested that I represent it in this matter.  I am familiar with the facts and circumstances of this matter and have been retained by it to appear on their behalf.

9.      I seek to participate in the above-captioned matter because of my expertise in the applicable area.

10.     If the Court allows me to appear *pro hac vice* in this matter, I will represent Plaintiff in the proceedings until the final determination thereof and with reference to all matters, incidents or proceedings.  I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were properly admitted.

Wherefore, I respectfully request that this Court grant leave for me to appear and practice *pro hac* for all purposes in the above-captioned matter.

_____/s/ Jack Wenik_____
Jack Wenik

Dated: Newark, New Jersey
    May 3, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on this 3rd day of May, 2016.

/s/Barry A. Guryan
Barry A. Guryan, Esq.