UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                CIVIL ACTION NO. 1:16-cv-10660-WGY

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS  Pieter A. Cohen  has recovered judgment against  Hi-Tech Pharmaceuticals, Inc.  on the  14  day of  November , 2016 , for the sum of $ 0 , debt or damage, pre-judgment interest in the amount of $ 0 , and costs of this suit in the amount of $ 7,178.24 ; as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 7,178.24 , in the whole, with interest thereon at the rate of 0 % from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at  1 Courthouse Way , Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this  23rd  day of  February, 2017 .

ROBERT M. FARRELL
CLERK OF COURT

By: _____
Deputy Clerk